UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UBS SECURITIES LLC, and
UBS LOAN FINANCE LLC,

            Plaintiffs,

v.

THE FINISH LINE, INC., and
GENESCO INC.,

           Defendants.

**JUDGE PRESKA**
**07 CV 10382**

Civ. _____ ( )

**FRCP 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for UBS Securities LLC and UBS Loan Finance LLC certifies that the following, a publicly-held corporation, is the ultimate parent of said parties:

- UBS AG.

No person or entity owns more than 10% of UBS AG stock.

Dated: November 15, 2007
      New York, New York

                      LATHAM & WATKINS LLP

                      By: _____
                           Joseph J. Frank (JF-0669)

                      885 Third Avenue
                      Suite 1000
                      New York, New York 10022-4802
                      (212) 906-1200