USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/13/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

UBS SECURITIES LLC and, : 07 CV 10382 (LAP)
UBS LOAN FINANCE LLC, :
:
                Plaintiffs, : **MEMORANDUM**
:
  v. :
:
THE FINISH LINE, INC. and :
GENESCO INC., :
:
               Defendants. :

------------------------------------------------------------X

LORETTA A. PRESKA, United States District Judge:

    The parties are informed that the law firm in which my husband is a partner, Cahill Gordon & Reindel LLP, from time to time represents UBS Financial Services and/or its affiliates.

SO ORDERED:

Dated: New York, New York
        December 13, 2007

                                      _/s/ Loretta A. Preska_
                                      LORETTA A. PRESKA, U.S.D.J.

CGRUBS