```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/13/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------X

UBS SECURITIES LLC and,
UBS LOAN FINANCE LLC,

                      Plaintiffs,

v.

THE FINISH LINE, INC. and
GENESCO INC.,

                      Defendants.

----------------------------------------------------------X

07 CV 10382 (LAP)

**MEMORANDUM**

LORETTA A. PRESKA, United States District Judge:

    The parties are informed that the law firm in which my husband is a partner, Cahill Gordon & Reindel LLP, from time to time represents UBS Financial Services and/or its affiliates.

SO ORDERED:

Dated: New York, New York
         December 13, 2007

                                      /s/ Loretta A. Preska
                                      LORETTA A. PRESKA, U.S.D.J.

CGR\UBS