```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/10/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UBS SECURITIES LLC and
UBS LOAN FINANCE LLC,

                    Plaintiffs,

v.

THE FINISH LINE, INC and
GENESCO INC.,

                    Defendants.

07-CV-10382
(LAP/MHD)

### ORDER GRANTING MOTION FOR *PRO HAC VICE* ADMISSION OF JONATHAN D. SCHILLER AND DAVID R. BOYD

Upon the motion of Adam R. Shaw, attorney for Defendant Genesco Inc., pursuant to rule 1.3 of the Local Civil Rules this Court, for an Order admitting Jonathan D. Schiller and David R. Boyd *pro hac vice* for all purposes on behalf of Defendant Genesco Inc., in this action, and for good cause shown, it is hereby

**ORDERED** that the motion is **GRANTED**.

DATED:   January 10, 2008

SO ORDERED.

                                                                                       _____
                                                                                       U.S.D.J.