UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
—————————————————————————

UBS SECURITIES LLC and
UBS LOAN FINANCE LLC,                                    07-CV-10382
                                                        (LAP/MHD)
                                    Plaintiffs,

     v.

THE FINISH LINE, INC and
GENESCO INC.,

                                    Defendants.
—————————————————————————

## DEFENDANT GENESCO INC.'S
## RULE 7.1 DISCLOSURE STATEMENT

     Pursuant to Fed.R.Civ.P. 7.1, Defendant Genesco Inc. states that it has no parent

corporation and that no publicly-held corporation owns more than 10% of its stock.

Dated: January 11, 2008                    BOIES, SCHILLER & FLEXNER LLP
       New York, New York

                                    By: /s/ Jonathan D. Schiller
                                        Jonathan D. Schiller
                                        David R. Boyd
                                        Adam R. Shaw (AS-7671)
                                        575 Lexington Avenue
                                        New York, New York 10022
                                        Tel: (212) 446-2300
                                        Fax: (212) 446-2350

                                        BASS, BERRY & SIMS, PLC
                                        Overton Thompson III
                                        Britt Latham
                                        315 Deaderick Street
                                        Suite 2700
                                        Nashville, TN 37238
                                        Tel: (615) 742-7730
                                        Fax: (615) 742-2804

                                        *Attorneys for Defendant Genesco Inc.*