UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――――― x

UBS SECURITIES LLC, and            07-CV-10382 (LAP)
UBS LOAN FINANCE LLC
                                            **NOTICE OF APPEARANCE**
                Plaintiffs,

vs.

THE FINISH LINE, INC., and
GENESCO INC.,

                Defendants.

―――――――――――――――――――――――― x

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for Defendant The Finish Line, Inc.

    I certify that I am admitted to practice in this court.

Dated: January 14, 2008
New York, New York

―――――――――――――――――――
James P. Smith III
jpsmith@dl.com
Dewey & LeBoeuf LLP
1301 Avenue of the Americas
New York, New York  10019
Telephone:  (212) 259-8000
Telephone:  (212) 259-6333