UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

――――――――――――――――――――― x

UBS SECURITIES LLC, and             07-CV-10382 (LAP)
UBS LOAN FINANCE LLC

                                                                 **NOTICE OF APPEARANCE**

                 Plaintiffs,

       vs.

THE FINISH LINE, INC., and
GENESCO INC.,

                 Defendants.

――――――――――――――――――――― x

To the Clerk of this court and all parties of record:

       Enter my appearance as counsel in this case for Defendant The Finish Line, Inc.

       I certify that I am admitted to practice in this court.

Dated: January 14, 2008
New York, New York

                                       _____
                                       Harvey Kurzweil
                                       hkurzweil@dl.com
                                       Dewey & LeBoeuf LLP
                                       1301 Avenue of the Americas
                                       New York, New York  10019
                                       Telephone:  (212) 259-8000
                                       Telephone:  (212) 259-6333