UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UBS SECURITIES LLC, and
UBS LOAN FINANCE LLC,

                     Plaintiffs,

            - against -

THE FINISH LINE, INC., and
GENESCO INC.,

                     Defendants.

------------------------------------------------------------x

07-cv-10382 (LAP)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK      )
                                     SS.:
COUNTY OF NEW YORK   )

        JUDITH L. STRIGARO, being duly sworn, deposes and says: I am over 18 years of age, am not a party to this action, and reside in New York, New York.

        On the 14th day of January, 2008, I caused a true and correct copy of the NOTICE OF APPEARANCES OF HARVEY KURZWEIL AND JAMES P. SMITH III to be served by mail upon the attorneys listed below at their address designated for service of papers as follows:

David R. Boyd, Esq.
Boies, Schiller & Flexner LLP
570 Lexington Avenue
New York, NY 10022

Joseph J. Frank, Esq.
Latham & Watkins L.L.P.
885 Third Avenue
Suite 1000
New York, NY 10022

Jonathan D. Schiller, Esq.
Boies, Schiller & Flexner L.L.P.
5301 Wisconsin Avenue
Suite 570
Washington, DC  20015

_____
JUDITH L. STRIGARO

Sworn to before me
this 14th day of January, 2008

_____
NOTARY PUBLIC

DEBRA K. SENIOR
NOTARY PUBLIC, State of New York
No. 01SE6174396
Qualified in Dutchess County
Certificate Filed in New York County
Commission Expires September 17, 20_11_