UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UBS SECURITIES LLC and
UBS LOAN FINANCE LLC,

                      Plaintiffs,

v.

THE FINISH LINE, INC and
GENESCO INC.,

                      Defendants.

07-CV-10382 (LAP)

**NOTICE OF APPEARANCE**

---

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

Enter my appearance as counsel in this case for Defendant Genesco Inc. I certify that I am admitted *pro hac vice* to practice in the Southern District of New York.

Dated: January 16, 2008
      New York, New York

                      **BOIES, SCHILLER & FLEXNER LLP**

            By:    /s/ Jonathan D. Schiller_____

                    Jonathan. D. Schiller
                    575 Lexington Avenue
                    New York, New York 10022
                    (212) 446-2300

                    *Attorney for Defendant Genesco Inc.*