UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UBS SECURITIES LLC and
UBS LOAN FINANCE LLC,

                Plaintiffs,

v.

THE FINISH LINE, INC and
GENESCO INC.,

                Defendants.

07-CV-10382 (LAP)

**NOTICE OF APPEARANCE**

---

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

Enter my appearance as counsel in this case for Defendant Genesco Inc. I certify that I am admitted *pro hac vice* to practice in the Southern District of New York.

Dated: January 16, 2008
       New York, New York

                **BOIES, SCHILLER & FLEXNER LLP**

              By:    /s/ David R. Boyd_____

                  David R. Boyd
                  575 Lexington Avenue
                  New York, New York 10022
                  (212) 446-2300

                  *Attorney for Defendant Genesco Inc.*