```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/23/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UBS SECURITIES LLC, and
UBS LOAN FINANCE LLC,

                      07-CV-10382 (LAP)

                Plaintiffs,

    -against-                ORDER FOR ADMISSION
                                PRO HAC VICE ON
                                WRITTEN MOTION

THE FINISH LINE, INC., and
GENESCO INC.,

                Defendants.

------------------------------------------------------------X

        Upon the motion of Harvey Kurzweil, attorney for Defendant The Finish Line, Inc. and said sponsor attorney's affidavit in support;

        **IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | VINCENT SCHMELTZ III |
| Firm Name: | Dewey & LeBoeuf LLP |
| Address: | Two Prudential Plaza, Suite 3700 |
| | 180 North Stetson Avenue |
| City/State/Zip: | Chicago, Illinois 60601 |
| Tel No: | (312) 794-8000 |
| Fax No: | (312) 794-8100 |
| Email: | tschmeltz@dl.com |

is admitted to practice pro hac vice as counsel for Defendant The Finish Line, Inc., in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF

1

password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: January 23, 2008
New York, New York

_____
United States District Judge