UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UBS SECURITIES LLC, and<br>UBS LOAN FINANCE LLC, | ) )<br>) | Civil Action No. 07 Civ. 10382 (LAP) |
| Plaintiffs/Counter-Defendants | ) ) | |
| v. | ) ) | **RULE 7.1 STATEMENT** |
| THE FINISH LINE, INC., | ) ) | **ELECTRONICALLY FILED** |
| Defendant/Counter-Plaintiff | ) ) ) | |
| and | ) ) | |
| GENESCO INC., | ) ) ) | |
| Defendant. | ) | |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant/Counter-Plaintiff The Finish Line, Inc., states that it has no parent corporation and that no publicly-held corporation owns more than 10% of its stock.

Dated: New York, New York
       January 25, 2008

By:   s/ Harvey Kurzweil

DEWEY & LEBOEUF LLP
Harvey Kurzweil
1301 Avenue of the Americas
New York, NY 10019-6092
Tel: (212) 259-8000
Fax: (212) 259-6333

                                                                                                           DEWEY & LEBOEUF LLP
                                                                                                           Alan N. Salpeter (*pro hac vice* motion pending)
Vincent P. Schmeltz III (admitted *pro hac vice*)
Two Prudential Plaza
180 North Stetson Ave, Suite 3700
Chicago, IL  60601-6710
Tel:  312-794-8000
Fax:  312-794-8100
*Attorneys for The Finish Line, Inc.*