USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/25/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

U BS Securities L.L.C.,
                            et al.

                    Plaintiff(s),

          -against-

The Finish Line, Inc., et al.

                    Defendant(s).

------------------------------------x

07  civ. 10382  (LAP)

SCHEDULING ORDER

LORETTA A. PRESKA, United States District Judge:

          It is hereby

          ORDERED that trial is scheduled to commence in

courtroom 12A, United States Courthouse, 500 Pearl Street, New

York, New York, on   March  3  , 2008 at  10:00  a.m. in

the above-captioned action.  A final pretrial conference is

scheduled for  February 20, 2008 at  11:30  a.m.

SO ORDERED

January 25, 2008

                              _____
                              Loretta A. Preska, U.S.D.J.