# LATHAM&WATKINS LLP

53rd at Third
885 Third Avenue
New York, New York 10022-4834
Tel: +1.212.906.1200  Fax: +1 212.751 4864
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Barcelona | New Jersey |
| Brussels | New York |
| Chicago | Northern Virginia |
| Frankfurt | Orange County |
| Hamburg | Paris |
| Hong Kong | San Diego |
| London | San Francisco |
| Los Angeles | Shanghai |
| Madrid | Silicon Valley |
| Milan | Singapore |
| Moscow | Tokyo |
| Munich | Washington, D.C. |

January 23, 2008

**VIA FACSIMILE**

Hon. Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/25/08

Re:  *UBS Securities LLC and UBS Loan Finance LLC v. The Finish Line, Inc. and Genesco Inc.*, No. 07 Civ. 10382 (LAP)

Dear Judge Preska:

Pursuant to Your Honor's request during the January 17, 2008 teleconference in the above-captioned case, all parties have met and conferred, and hereby jointly submit the following proposed pre-trial schedule subject to the Court's approval:

| | |
|---|---|
| Finish Line to submit response to pleadings: | January 25, 2008 |
| Document requests served:[1] | January 28, 2008 |
| Responses to document requests: | January 31, 2008 |
| Document productions substantially complete: | February 8, 2008 |
| Depositions of fact witnesses: | February 8-20, 2008 |
| Identification of trial witnesses: | February 13, 2008 |
| Expert reports exchanged: | February 21, 2008 |
| Depositions of expert witnesses: | February 23-25, 2008 |
| Pretrial Briefs: | February 27, 2008 |
| Trial commences: | March 3, 2008 |

SO ORDERED
*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

January 25, 2008

---

[1] Responses to other written discovery served by this date will be due by February 1, 2008. Reponses to other written discovery served after this date will be due on the third calendar day after the date of service.

LATHAM&WATKINS LLP

Respectfully Submitted,

Joseph J. Frank
LATHAM & WATKINS LLP

Attorneys for UBS Securities LLC and UBS Loan Finance LLC


Harvey Kurzweil
James P. Smith, III
DEWEY & LEBOEUF LLP

Attorneys for The Finish Line, Inc.


James P. Denvir, III
Michael Brille
Adam R. Shaw
BOIES, SCHILLER & FLEXNER LLP

Overton Thompson, III
BASS, BERRY & SIMS PLC

Attorneys for Genesco, Inc.


cc:   All Counsel of Record (via email)