| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | |
|---|---|
| ------------------------------------------------------------X | |
| UBS SECURITIES LLC, and<br>UBS LOAN FINANCE LLC, | 07-CV-10382 (LAP) |
| Plaintiffs, | |
| -against- | MOTION TO ADMIT<br>COUNSEL PRO HAC VICE |
| THE FINISH LINE, INC., and<br>GENESCO INC., | |
| Defendants. | |
| ------------------------------------------------------------X | |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, HARVEY KURZWEIL, a member in good standing of the bar of this Court hereby move for an Order allowing the admission pro hac vice of:

    Applicant's Name:    ALAN SALPETER
    Firm Name:    Dewey & LeBoeuf LLP
    Address:    Two Prudential Plaza, Suite 3700
        180 North Stetson Avenue
    City/State/Zip:    Chicago, Illinois 60601
    Tel No:    (312) 794-8000
    Fax No:    (312) 794-8100

ALAN SALPETER is a member in good standing of the Bar of the State of Illinois. There are no pending disciplinary proceedings against ALAN SALPETER in any State or Federal court.

| Dated: January 16, 2008 | Respectfully submitted,<br><br>*/s/ Harvey Kurzweil*<br>―――――――――――――――<br>HARVEY KURZWEIL<br><br>Dewey & LeBoeuf LLP<br>1301 Avenue of the Americas<br>New York, NY 10019-6092<br>Tel:  (212) 259-8000<br>Fax:  (212) 259-6333 |
|---|---|

| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>------------------------------------------------------------X | |
|---|---|
| UBS SECURITIES LLC, and<br>UBS LOAN FINANCE LLC, | 07-CV-10382 (LAP) |
| Plaintiffs, | |
| -against- | AFFIDAVIT OF HARVEY KURZWEIL IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE |
| THE FINISH LINE, INC., and<br>GENESCO INC., | |
| Defendants.<br>------------------------------------------------------------X | |

STATE OF NEW YORK   )
                                          SS.:
COUNTY OF NEW YORK   )

       HARVEY KURZWEIL, being duly sworn, hereby deposes and says as follows:

       1.    I am a partner with the law firm of Dewey & LeBoeuf LLP, counsel for Defendant The Finish Line, Inc., in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant The Finish Line, Inc.'s motion to admit Alan Salpeter as counsel pro hac vice to represent Defendant The Finish Line, Inc. in this matter.

       2.    I am a member in good standing of the bar of the State of New York, and was admitted to practice law on July 6, 1970. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

       3.    I have been Mr. Salpeter's colleague since October 2007.

4. Alan Salpeter is a partner at Dewey & LeBoeuf LLP, and is located at Two Prudential Plaza, Suite 3700, 180 North Stetson Avenue, Chicago, Illinois 60601.

5. I have found Alan Salpeter to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Alan Salpeter, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Alan Salpeter, pro hac vice, which is attached hereto as Exhibit A.

WHEREAS, it is respectfully requested that the motion to admit Alan Salpeter, pro hac vice, to represent Defendant The Finish Line, Inc., in the above-captioned matter, be granted.

_____
HARVEY KURZWEIL

Sworn to before me this
16th day of January, 2008.

_____
Notary Public

MARIAN L. LOTITO
NOTARY PUBLIC, State of New York
No. 01LO6057552
Qualified in Nassau County
Certificate Filed in New York County
Commission Expires April 15, 201_



ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION
of the
SUPREME COURT OF ILLINOIS

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, IL 60601-6219
(312) 565-2600  (800) 826-8625
Fax (312) 565-2320

One North Old Capitol Plaza, Suite 333
Springfield, IL 62701
(217) 522-6838  (800) 252-8048
Fax (217) 522-2417

Alan N. Salpeter
Dewey & Leboeuf Llp
Two Prudential Plaza
180 N. Stetson, # 3700
Chicago, IL 60601-6701

Chicago
Tuesday, January 15, 2008

In re: Alan N. Salpeter
Admitted: 11/27/1972
Attorney No. 2445204

To Whom It May Concern:

    The records of the Clerk of the Supreme Court of Illinois and of this office indicate that the attorney named above was admitted to the practice of law in Illinois; is currently registered on the master roll of attorneys entitled to practice law in this state; and has never been disciplined; and is in good standing.

Very truly yours,
Jerome Larkin
Administrator

By: *[signature]*
Roxanne Trenter
Deputy Registrar

RT:ao

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>------------------------------------------------------------X | |
| UBS SECURITIES LLC, and<br>UBS LOAN FINANCE LLC, | 07-CV-10382 (LAP) |
| Plaintiffs, | |
| -against- | ORDER FOR ADMISSION<br>PRO HAC VICE ON<br>WRITTEN MOTION |
| THE FINISH LINE, INC., and<br>GENESCO INC., | |
| Defendants. | |
| ------------------------------------------------------------X | |

Upon the motion of Harvey Kurzweil, attorney for Defendant The Finish Line, Inc. and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

|  |  |
|---|---|
| Applicant's Name: | ALAN SALPETER |
| Firm Name: | Dewey & LeBoeuf LLP |
| Address: | Two Prudential Plaza, Suite 3700 |
|  | 180 North Stetson Avenue |
| City/State/Zip: | Chicago, Illinois  60601 |
| Tel No: | (312) 794-8000 |
| Fax No: | (312) 794-8100 |
| Email: | asalpeter@dl.com |

is admitted to practice pro hac vice as counsel for Defendant The Finish Line, Inc., in the above-captioned case in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.  If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF

password at nysd.uscourts.gov.  Counsel shall forward the pro hac vice fee to the Clerk of the Court.

| Dated: _____, 2008 | |
|---|---|
| New York, New York | |
| | _____<br>United States District Judge |

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     SS:
COUNTY OF NEW YORK   )

      JUDITH L. STRIGARO, being duly sworn, deposed and says: I am over 18 years of age, not a party to this action and am employed by the law firm of Dewey & LeBoeuf LLP.

      On the 17th day of January, 2008, I caused a copy of the attached MOTION TO ADMIT COUNSEL PRO HAC VICE FOR ALAN SALPETER to be served via First Class Mail delivery upon the attorneys listed below at their address designated for service of papers:

David R. Boyd, Esq.  
Boies, Schiller & Flexner LLP  
575 Lexington Avenue  
New York, NY 10022  

Joseph J. Frank, Esq.  
Latham & Watkins L.L.P.  
885 Third Avenue, Suite 1000  
New York, NY 10022  

Jonathan D. Schiller, Esq.  
Boies, Schiller & Flexner LLP  
5301 Wisconsin Avenue, Suite 570  
Washington, DC 20015  

_____  
JUDITH L. STRIGARO

Sworn to before me this  
17th day of January, 2008

_____  
NOTARY PUBLIC  
KEVIN M. KOHBERGER  
NOTARY PUBLIC, State of New York  
No. 01KO6147080  
Qualified in Kings County  
Certificate Filed in New York County  
Commission Expires May 30, 20 10