USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UBS SECURITIES LLC, and
UBS LOAN FINANCE LLC,

        Plaintiffs,

        v.

THE FINISH LINE, INC., and
GENESCO INC.,

        Defendants.

) Civil Action No. 07 Civ. 10382 (LAP)
)
)
)
)
)
) **ORDER GRANTING MOTION**
) **TO ADMIT COUNSEL**
) **PRO HAC VICE**
)
)

This matter having been brought before the Court by motion to admit J. Christian Word *pro hac vice* to appear and participate as counsel for Plaintiff UBS Securities LLC in the above-captioned action, and the declaration of such attorney having been submitted in support thereof, and it appearing that such attorney is a member in good standing of the bar of the state in which he is admitted to practice law, and that there are no disciplinary proceedings against him as a member of the bar in any jurisdiction; it is

ORDERED that, pursuant to Local Civil Rule 1.3(c) of this Court, J. Christian Word of the State of Virginia Bar, the State of Maryland Bar, and the District of Columbia Bar is admitted *pro hac vice* to practice before this Court as counsel for UBS Securities LLC in these proceedings.

Dated: February 3 , 2008

_____
Honorable Loretta A. Preska
United States District Judge