UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UBS SECURITIES LLC, and<br>UBS LOAN FINANCE LLC,<br><br>        Plaintiffs,<br><br>v.<br><br>THE FINISH LINE, INC., and<br>GENESCO INC.,<br><br>        Defendants. | Civil Action No. 07 Civ. 10382 (LAP)<br><br><br><br><br><br>**NOTICE OF MOTION**<br>**TO ADMIT COUNSEL**<br>**PRO HAC VICE** |

PLEASE TAKE NOTICE that upon the annexed Declaration of Joseph J. Frank, dated January 30, 2008, the accompanying Declaration of J. Christian Word, dated January 29, 2008, and the exhibit annexed thereto, the undersigned moves this Court for an Order, pursuant to Rule 1.3(c) of the Local Rules for the United States District Court for the Southern and Eastern districts of New York, admitting Christian J. Word to the bar of this Court *pro hac vice* in order to argue and try the above-captioned case as counsel for Plaintiff UBS Securities LLC.

Dated: New York, New York
       January 30, 2008

                                            LATHAM & WATKINS LLP

                                            By: _____
                                                Joseph J. Frank (JF-0669)

                                            885 Third Avenue, Suite 1000
                                            New York, New York 10022
                                            (212) 906-1200

                                            Attorneys for Plaintiff
                                            UBS Securities LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UBS SECURITIES LLC, and <br> UBS LOAN FINANCE LLC, <br><br> Plaintiffs, <br><br> v. <br> THE FINISH LINE, INC., and <br> GENESCO INC., <br><br> Defendants. | ) Civil Action No. 07 Civ. 10382 (LAP) <br> ) <br> ) <br> ) <br> ) <br> ) **DECLARATION OF** <br> ) **JOSEPH J. FRANK** <br> ) <br> ) <br> ) |

JOSEPH J. FRANK, pursuant to 28 U.S.C. § 1746, hereby declares under the penalty of perjury as follows:

1. I am a member of the New York office of the law firm Latham & Watkins LLP, counsel for UBS Securities LLC, Plaintiff in this action. I submit this Declaration in support of the motion, pursuant to Local Rule 1.3(c) of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York, for an Order granting J. Christian Word admission *pro hac vice* to the bar of the United States District Court for the Southern District of New York in order to argue and try the above-captioned case.

2. I am a member in good standing of the bar of this Court.

3. I have reviewed the Declaration of J. Christian Word in support of the motion for admission *pro hac vice* submitted herewith, and I believe that the declarations are true and correct. J. Christian Word is fully familiar with the facts of this case.

4. Upon the foregoing facts, I respectfully request that the Court grant the motion for the admission *pro hac vice* of J. Christian Word to the bar of the United States District Court for the Southern District of New York.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 30 day of January, 2008, in New York, New York.

_____
Joseph J. Frank (JF-0669)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UBS SECURITIES LLC, and<br>UBS LOAN FINANCE LLC,<br><br>           Plaintiffs,<br><br>    v.<br><br>THE FINISH LINE, INC., and<br>GENESCO INC.,<br><br>           Defendants. | Civil Action No. 07 Civ. 10382 (LAP)<br><br><br><br><br><br>**DECLARATION OF**<br>**J. CHRISTIAN WORD** |

J. CHRISTIAN WORD, pursuant to 28 U.S.C. § 1746, hereby declares under the penalty of perjury as follows:

1. I am a member of the law firm of Latham & Watkins, LLP, located at 555 Eleventh Street NW, Suite 1000, Washington DC, 20004.

2. I submit this Declaration in support of the motion to admit counsel *pro hac vice* in the above-captioned matter. As demonstrated by the Certificates of Good Standing annexed hereto, I am a member in good standing of the State of Virginia Bar, the State of Maryland Bar, and the District of Columbia Bar.

3. There are no pending disciplinary proceedings against me in any State or Federal Court.

4. Wherefore, I respectfully request that I be permitted to appear as counsel and advocate *pro hac vice* in the above-captioned case.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 29th day of January, 2008, in New York, New York.

_____
J. Christian Word

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UBS SECURITIES LLC, and<br>UBS LOAN FINANCE LLC,<br><br>      Plaintiffs,<br><br>v.<br>THE FINISH LINE, INC., and<br>GENESCO INC.,<br><br>      Defendants. | Civil Action No. 07 Civ. 10382 (LAP)<br><br><br><br><br>**ORDER GRANTING MOTION**<br>**TO ADMIT COUNSEL**<br>**PRO HAC VICE** |

This matter having been brought before the Court by motion to admit J. Christian Word *pro hac vice* to appear and participate as counsel for Plaintiff UBS Securities LLC in the above-captioned action, and the declaration of such attorney having been submitted in support thereof, and it appearing that such attorney is a member in good standing of the bar of the state in which he is admitted to practice law, and that there are no disciplinary proceedings against him as a member of the bar in any jurisdiction; it is

ORDERED that, pursuant to Local Civil Rule 1.3(c) of this Court, J. Christian Word of the State of Virginia Bar, the State of Maryland Bar, and the District of Columbia Bar is admitted *pro hac vice* to practice before this Court as counsel for UBS Securities LLC in these proceedings.

Dated: _____, 2008

_____
Honorable Loretta A. Preska
United States District Judge

# Court of Appeals of Maryland
### Annapolis, MD



## CERTIFICATE OF GOOD STANDING

STATE OF MARYLAND, *ss:*

I, Alexander L. Cummings, Clerk of the Court of Appeals of Maryland, do hereby certify that on the eighteenth day of December, 1997,

## James Christian Word

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court.

**In Testimony Whereof,** I have hereunto set my hand as Clerk, and affixed the Seal of the Court of Appeals of Maryland, this twenty-second day of January, 2008.

*Alexander L. Cummings*
Clerk of the Court of Appeals of Maryland



# District of Columbia Court of Appeals
## Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

J. Christian Word

was on the 7th day of December, 1998 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on January 18, 2008.

GARLAND PINKSTON, JR., CLERK

By: _____
                    Deputy Clerk

# Supreme Court of Virginia

AT RICHMOND

# Certificate

I, Patricia L. Harrington, Clerk of the Supreme Court of Virginia, do hereby certify that

JAMES CHRISTIAN WORD

was admitted to practice as an attorney and counsellor at the bar of this Court on January 10, 2001.

I further certify that so far as the records of this office are concerned, JAMES CHRISTIAN WORD is a member of the bar of this Court in good standing.

Witness my hand and seal of said Court
This 23rd day of January
A.D. 2008

By: _____
                    *Clerk*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UBS SECURITIES LLC, and UBS LOAN FINANCE LLC, <br><br> Plaintiffs, <br><br> -against- <br><br><br> THE FINISH LINE, INC. and GENESCO INC., <br><br> Defendants. | 07 Civ. 10382 (LAP) <br><br><br> **CERTIFICATE OF SERVICE** |

    I, Jessica Bengels, hereby certify that on January 30, 2008, true and correct copies of the annexed Notice of Motion to Admit Counsel Pro Hac Vice, dated 1/30/08, Declaration of Joseph J. Frank, dated 1/30/08, Declaration of J. Christian Word, dated 1/29/08, and the undated [Proposed] Order Granting Motion to Admit Counsel Pro Hac Vice, were caused to be served via First Class U.S. Mail upon:

Harvey Kurzweil, Esq.
James P. Smith, Esq.
Dewey & LeBoeuf, LLP
1301 Avenue of the Americas
New York, New York 10019
Attorneys for The Finish Line, Inc.

Alan N. Salpeter, Esq.
Vincent P. Schmeltz
Dewey & LeBoeuf, LLP
2 Prudential Plaza
180 North Stetson Avenue
Chicago, IL 60601
Attorneys for The Finish Line, Inc.

David R. Boyd, Esq.
Jonathan D. Schiller
Boies, Schiller & Flexner LLP
575 Lexington Avenue
New York, New York 10022
Attorneys for Genesco, Inc.

- and -

Adam Reese Shaw, Esq.
Boies, Schiller & Flexner LLP
10 North Pearl Street, 4th Floor
Albany, New York 12207
Attorneys for Genesco, Inc.

Dated: January 30, 2008
New York, New York

LATHAM & WATKINS LLP

By: *Jessica Bengels*
Jessica Bengels (JB-2290)

885 Third Avenue - Suite 1000
New York, New York 10022
(212) 906-1200

Attorneys for Plaintiffs UBS Securities LLC and UBS Loan Finance LLC