UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UBS SECURITIES LLC, and<br>UBS LOAN FINANCE LLC,<br><br>       Plaintiffs/Counter-Defendants,<br>v.<br><br>THE FINISH LINE, INC.,<br><br>       Defendants/Counter-Plaintiff,<br><br>and<br><br>GENESCO INC.,<br><br>       Defendant. | No. 07 Civ. 10382 (LAP) |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that upon the annexed Declaration of Alexandra A.E. Shapiro dated February 6, 2008, and the accompanying Memorandum of Law, dated February 6, 2008, the undersigned hereby moves this Court on behalf of the plaintiffs, UBS Securities LLC and UBS Loan Finance LLC (collectively "UBS" or "Plaintiffs"), in Courtroom 12A of the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York, 10007, for an order entering judgment on Counts I-III and dismissing, pursuant to Fed. R. Civ. P. 12(b)(1) and (b)(6), counts IV-VI in the Counterclaims of Defendant the Finish Line, Inc.

PLEASE TAKE FURTHER NOTICE that pursuant the Court's ruling on February 5, 2008, answering papers, if any, shall be served by February 8, 2007.

                                                                                                            Respectfully submitted,

Dated:   February 6, 2008
             New York, New York

                                                                                                          By:

                                                            Alexandra A.E. Shapiro (AS-4816)
                                                           Joseph J. Frank (JF-0669)
                                                           Blair Connelly (BC-0237)
                                                           J. Christian Word (admitted *pro hac vice*)
                                                           Eric S. Olney (EO-7324)
                                                           Latham & Watkins LLP
                                                           Third Avenue
                                                           New York, NY 10022
                                                           (212) 906-1316

                                                           Attorneys for Plaintiffs UBS Securities
                                                           LLC and UBS Loan Finance LLC

To:

Harvey Kurzweil, Esq.
James P. Smith, Esq.
Dewey & LeBoeuf, LLP
1301 Avenue of the Americas
New York, New York 10019
Attorneys for The Finish Line, Inc.

Alan N. Salpeter, Esq.
Vincent P. Schmeltz
Dewey & LeBoeuf, LLP
2 Prudential Plaza
180 North Stetson Avenue
Chicago, IL 60601
Attorneys for The Finish Line, Inc.

David R. Boyd, Esq.
Jonathan D. Schiller
Boies, Schiller & Flexner LLP
575 Lexington Avenue
New York, New York 10022
Attorneys for Genesco, Inc.

and

Adam Reese Shaw, Esq.
Boies, Schiller & Flexner LLP
10 North Pearl Street, 4th Floor
Albany, New York 12207
Attorneys for Genesco, Inc.