UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UBS SECURITIES LLC, and<br>UBS LOAN FINANCE LLC,<br><br>        Plaintiffs/Counter-Defendants,<br>v.<br><br>THE FINISH LINE, INC.,<br><br>        Defendants/Counter-Plaintiff,<br><br>and<br><br>GENESCO INC.,<br><br>        Defendant. | 07 Civ. 10382 (LAP) |

## CERTIFICATE OF SERVICE

     I, Jessica L. Bengels, hereby certify that on February 6, 2008, true and correct copies of the Notice of Motion, Declaration of Alexandra A.E. Shapiro in Support of Plaintiffs' Motion for Entry of Judgment on Counts I-III and Motion to Dismiss Counts IV-VI of Defendant The Finish Line, Inc.'s Counterclaims, and Defendants UBS Securities LLC and UBS Loan Finance LLC's Memorandum of Law in Support of Their Motion for Entry of Judgment on Counts I-III and Their Motion to Dismiss Counts IV-VI of Defendant the Finish Line, Inc.'s Counterclaims, all dated February 6, 2008, all in the above captioned proceeding, were caused to be served in accordance with the Federal Rules of Civil Procedure, via First Class United States Mail upon:

Harvey Kurzweil, Esq.
James P. Smith, Esq.
Dewey & LeBoeuf, LLP
1301 Avenue of the Americas
New York, New York 10019
Attorneys for The Finish Line, Inc.

Alan N. Salpeter, Esq.
Vincent P. Schmeltz
Dewey & LeBoeuf, LLP
2 Prudential Plaza
180 North Stetson Avenue
Chicago, IL 60601
Attorneys for The Finish Line, Inc.

David R. Boyd, Esq.
Jonathan D. Schiller
Boies, Schiller & Flexner LLP
575 Lexington Avenue
New York, New York 10022
Attorneys for Genesco, Inc.

-and-

Adam Reese Shaw, Esq.
Boies, Schiller & Flexner LLP
10 North Pearl Street, 4th Floor
Albany, New York 12207
Attorneys for Genesco, Inc.

Dated: February 6, 2008
       New York, New York

LATHAM & WATKINS LLP

By: _____
    Jessica Bengels (JB-2290)

Third Avenue
New York, NY 10022
(212) 906-1316

Attorneys for Plaintiffs UBS Securities LLC and UBS Loan Finance LLC