UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UBS SECURITIES LLC and
UBS LOAN FINANCE LLC,

                              Plaintiffs,

    v.

THE FINISH LINE, INC and
GENESCO INC.,

                              Defendants.

07-CV-10382
(LAP/MHD)

---

I, Zachary Bendiner, being duly sworn, depose and say that I am over the age of eighteen and that on the 6th day of February, 2008, I caused true and correct copies of Defendant Genesco's Notice of Motion to Dismiss, Genesco's Memorandum in Support of Motion to Dismiss or Abstain, the Declaration of William C. Jackson in Support of Genesco's Motion to Dismiss or Abstain, and accompanying exhibits to be served on the following individuals by email and First Class Mail:

Joseph John Frank
Latham & Watkins, LLP
885 Third Avenue, Suite 1000
New York, NY 10022
(212)-906-1316
(212)-751-4864 (fax)
joseph.frank@lw.com
*Attorney for Plaintiffs UBS Loan Finance L.L.C. and UBS Securities L.L.C.*

Harvey Kurzweil
James P. Smith
Dewey & LeBoeuf, L.L.P.
1301 Avenue of the Americas
New York, NY 10019
212-259-8000
212-259-6333 (fax)
hkurzweil@dl.com
*Attorneys for The Finish Line, Inc.*

Alan N. Salpeter
Vincent P. Schmeltz
Dewer & LeBoeuf
2 Prudential Plaza
180 North Stetson Avenue
Chicago IL 60601
asalpeter@dl.com
vschmeltz@dl.com
*Attorneys for The Finish Line, Inc.*

_____
Zachary H. Bendiner    2/6/08