# DEWEY & LEBOEUF

Dewey & LeBoeuf LLP
1301 Avenue of the Americas
New York, NY 10019-6092

tel +1 212 259 8300
fax +1 212 259 8204
hkurzweil@dl.com

February 7, 2008

VIA FACSIMILE

Hon. Loretta A. Preska
United States District Court
Southern District of New York
Daniel P. Moynihan U.S. Courthouse
500 Pearl Street, Room 1320
New York, New York 10007-131

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/7/08

Re: *UBS Securities LLC and UBS Loan Finance LLC v. The Finish Line and Genesco Inc.*
Case No.: 07-CV-10382 (LAP/MHD)

Dear Judge Preska:

We write to request that the Court approve an agreement among the parties with respect to the parties' exchange of briefs on the respective motions to dismiss filed by UBS Securities LLC and UBS Loan Finance LLC and Genesco Inc. The parties have agreed to exchange all responsive briefs by 5:00 p.m. on Saturday, February 9, 2008 Eastern Standard Time, instead of 5:00 p.m. Friday, on condition that we obtain the Court's approval. This modification will have no effect on the Court's Order that the parties submit reply briefs by 5:00 p.m. Eastern Standard Time on Monday, February 11, 2008. We respectfully request that the Court indicate approval of the modified briefing schedule by so ordering.

Respectfully,

*/s/ Harvey Kurzweil*
Harvey Kurzweil

cc: All Counsel of Record

IT IS SO ORDERED, this 7th day of February, 2008.

*Loretta A. Preska*
Honorable Loretta A. Preska

NEW YORK | LONDON MULTINATIONAL PARTNERSHIP | WASHINGTON, DC
ALBANY | ALMATY | AUSTIN | BEIJING | BOSTON | BRUSSELS | CHARLOTTE | CHICAGO | DUBAI
EAST PALO ALTO | FRANKFURT | HARTFORD | HONG KONG | HOUSTON | JACKSONVILLE | JOHANNESBURG (PTY) LTD
LOS ANGELES | MILAN | MOSCOW | PARIS MULTINATIONAL PARTNERSHIP | RIYADH AFFILIATED OFFICE | ROME | SAN FRANCISCO | WARSAW