UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UBS SECURITIES LLC, and <br> UBS LOAN FINANCE LLC, <br><br> Plaintiffs/Counter-Defendants <br><br> v. <br><br> THE FINISH LINE, INC., <br><br> Defendant/Counter-Plaintiff <br><br> and <br><br> GENESCO INC., <br><br> Defendant. | Civil Action No. 07 Civ. 10382 (LAP) |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                                        SS.:
COUNTY OF NEW YORK  )

ELIZABETH A. HALEY, deposes and says, I am associated with the law firm of Dewey & LeBoeuf LLP attorneys for The Finish Line, Inc.

On the 9th day of February, 2008, I served true and correct copies of the following documents via electronic mail to the attorneys listed below at their address designated for service of papers:

1. DEFENDANT AND COUNTER-PLAINTIFF THE FINISH LINE, INC.'S OPPOSITION TO THE MOTION TO DISMISS COUNTERCLAIMS IV TO VI BY PLAINTIFFS AND COUNTER-DEFENDANTS UBS;

2. DEFENDANT/COUNTER-PLAINTIFF THE FINISH LINE, INC.'S OPPOSITION TO GENESCO INC.'S MOTION TO DISMISS OR ABSTAIN; and

3. DECLARATION OF ELIZABETH A. HALEY IN SUPPORT OF DEFENDANT THE FINISH LINE, INC.'S OPPOSITION TO THE MOTION TO DISMISS BY PLAINTIFFS AND COUNTER-DEFENDANTS UBS.

| | |
|---|---|
| Joseph John Frank<br>Alexandra A.E. Shapiro<br>Latham & Watkins, LLP<br>885 Third Avenue, Suite 1000<br>New York, NY 10022 | joseph.frank@lw.com<br>alexandra.shapiro@lw.com |
| J. Christian Word<br>Latham & Watkins, LLP<br>555 Eleventh Street, N.W.<br>Washington, DC 20004 | christian.word@lw.com |

| | |
|---|---|
| David R. Boyd<br>Jonathan D. Schiller<br>Boies, Schiller & Flexner LLP<br>575 Lexington Avenue<br>New York, NY 10022 | dboyd@bsfllp.com<br>jschiller@bsfllp.com |
| Adam Reese Shaw<br>Boies, Schiller & Flexner LLP<br>10 North Pearl Street, 4th Floor<br>Albany, NY 12207 | ashaw@bsfllp.com |
| Michael Brille<br>James P. Denvir, III<br>Jonathan Shaw<br>Boies, Schiller & Flexner LLP<br>5301 Wisconsin Avenue, N.W.<br>Washington, DC 20015 | mbrille@bsfllp.com<br>jdenvir@bsfllp.com<br>jshaw@bsfllp.com |

| | |
|---|---|
| Overton Thompson, III<br>Bryan E. Larson<br>Britt King Latham<br>W. Brantley Phillips, Jr.<br>Paul G. Jennings<br>Bass, Berry & Sims, PLC<br>315 Deaderick Street<br>Suite 2700<br>Nashville, TN 37238 | othompson@bassberry.com<br>blarson@bassberry.com<br>blatham@bassberry.com<br>bphillips@bassberry.com<br>pjennings@bassberry.com |

_____
ELIZABETH A. HALEY

Sworn to before me this
9th day of February, 2008

_____
NOTARY PUBLIC

JUDITH L. STRIGARO
NOTARY PUBLIC, State of New York
No. 01ST4684806
Qualified in New York County
Commission Expires February 28, 2011