UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UBS SECURITIES LLC, and
UBS LOAN FINANCE LLC,

                              Plaintiffs,              07-CV-10382
v.                                                   (LAP/MHD)

THE FINISH LINE, INC., and
GENESCO INC.,

                              Defendants.

---

### CERTIFICATE OF SERVICE

      I, Catherine Holmes, hereby certify that the foregoing was filed electronically via the Court's ECF System on this 9th day of February 2008. Notice of this filing will be sent electronically by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt, including those listed below. Additionally, parties may access this filing through the Court's electronic filing system and, per agreement of the parties, .pdf copies are being served via email on those listed below.

Joseph John Frank
Latham & Watkins, LLP
885 Third Avenue, Suite 1000
New York, NY 10022
Joseph.frank@lw.com
*Attorney for Plaintiffs*
*UBS Securities LLC &*
*UBS Loan Finance LLC*

Alan N. Salpeter
Vincent P. Schmeltz
Dewey & LeBoeuf LLP
2 Prudential Plaza, Suite 3700
180 North Stetson Avenue
Chicago, IL 60601
asalpeter@dl.com
vschmeltz@dl.com

Harvey Kurzweil
James P. Smith, III
Dewey & LeBoeuf, L.L.P.
1301 Avenue of the Americas
New York, NY 10019
hkurzweil@dl.com

*Attorneys for Defendant*
*The Finish Line, Inc.*

_____ 2/9/08
Catherine E. Holmes