UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UBS SECURITIES LLC, and UBS LOAN FINANCE LLC,<br><br>        Plaintiffs,<br><br> -against-<br><br>THE FINISH LINE, INC. and GENESCO INC.,<br><br>        Defendants. | 07 Civ. 10382 (LAP)<br><br>**CERTIFICATE OF SERVICE** |

  I, Jessica Bengels, hereby certify that on February 9, 2008, true and correct copies of the annexed Plaintiffs UBS Securities LLC and UBS Loan Finance LLC's Opposition to Genesco Inc.'s Memorandum of Law in Support of Motion to Dismiss or Abstain and Declaration of Alexandra A.E. Shapiro, both dated 2/9/08, were caused to be served via electronic mail pursuant to a written agreement among counsel dated 1/24/08, in accordance with Federal Rule of Civil Procedure 5(2)(D) upon:

        Harvey Kurzweil, Esq.
        James P. Smith, Esq.
       Dewey & LeBoeuf, LLP
      1301 Avenue of the Americas
       New York, New York 10019
         hkurzweil@dl.com
          jpsmith@dl.com
      *Attorneys for The Finish Line, Inc.*

        Alan N. Salpeter, Esq.
       Vincent P. Schmeltz, Esq.
       Dewey & LeBoeuf, LLP
        2 Prudential Plaza
       180 North Stetson Avenue
        Chicago, IL 60601
         asalpeter@dl.com
         tschmeltz@dl.com
      *Attorneys for The Finish Line, Inc.*

NY\1375448.1

David R. Boyd, Esq.
Jonathan D. Schiller, Esq.
Boies, Schiller & Flexner LLP
575 Lexington Avenue
New York, New York 10022
dboyd@bsfllp.com
jschiller@bsfllp.com
*Attorneys for Genesco, Inc.*


- and -

Adam Reese Shaw, Esq.
Boies, Schiller, & Flexner LLP
10 North Pearl Street, 4th Floor
Albany, New York 12207
ashaw@bsfllp.com
*Attorneys for Genesco, Inc.*




Dated:  February 9, 2008
        New York, New York




                                                    LATHAM & WATKINS LLP

                                            By:  */s/ Jessica Bengels*
                                                    Jessica Bengels (JB-2290)

                                                    885 Third Avenue - Suite 1000
                                                    New York, New York 10022
                                                    (212) 906-1200

                                                    Attorneys for Plaintiffs UBS
                                                    Securities LLC and UBS Loan
                                                    Finance LLC


NY\1375448.1