UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UBS SECURITIES LLC, and UBS LOAN FINANCE LLC, <br><br>                              Plaintiffs, <br><br>          -against- <br><br> THE FINISH LINE, INC. and GENESCO INC., <br><br>                              Defendants. | 07 Civ. 10382 (LAP) <br><br> **CERTIFICATE OF SERVICE** |

    I, Jessica Bengels, hereby certify that on February 11, 2008, true and correct copies of the annexed Plaintiffs UBS Securities LLC and UBS Loan Finance LLC's Reply Memorandum of Law in Further Support of their Motion for Entry of Judgment on Counts I-III and their Motion to Dismiss Counts IV-VI of Defendant The Finish Line, Inc.'s Counterclaims dated 2/11/08, were caused to be served via electronic mail pursuant to a written agreement among counsel dated 1/24/08, in accordance with Federal Rule of Civil Procedure 5(2)(D) upon:

Harvey Kurzweil, Esq.
James P. Smith, Esq.
Dewey & LeBoeuf, LLP
1301 Avenue of the Americas
New York, New York 10019
hkurzweil@dl.com
jpsmith@dl.com
*Attorneys for The Finish Line, Inc.*

Alan N. Salpeter, Esq.
Vincent P. Schmeltz, Esq.
Dewey & LeBoeuf, LLP
2 Prudential Plaza
180 North Stetson Avenue
Chicago, IL 60601
asalpeter@dl.com
tschmeltz@dl.com
*Attorneys for The Finish Line, Inc.*

NY\1375448.1

David R. Boyd, Esq.
Jonathan D. Schiller, Esq.
Boies, Schiller & Flexner LLP
575 Lexington Avenue
New York, New York 10022
dboyd@bsfllp.com
jschiller@bsfllp.com
*Attorneys for Genesco, Inc.*

- and -

Adam Reese Shaw, Esq.
Boies, Schiller, & Flexner LLP
10 North Pearl Street, 4th Floor
Albany, New York 12207
ashaw@bsfllp.com
*Attorneys for Genesco, Inc.*

Dated: February 11, 2008
New York, New York

LATHAM & WATKINS LLP

By: *[signature]*
Jessica Bengels (JB-2290)

885 Third Avenue - Suite 1000
New York, New York 10022
(212) 906-1200

Attorneys for Plaintiffs UBS Securities LLC and UBS Loan Finance LLC

NY\1375448.1