UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UBS SECURITIES LLC, and UBS LOAN FINANCE LLC,<br><br>                    Plaintiffs,<br><br>          -against-<br><br>THE FINISH LINE, INC. and GENESCO INC.,<br><br>                    Defendants. | 07 Civ. 10382 (LAP)<br><br>**CERTIFICATE OF SERVICE** |

    I, Jessica Bengels, hereby certify that on February 15, 2008, true and correct copies of the annexed Plaintiffs UBS Securities LLC and UBS Loan Finance LLC's Memorandum of Law Regarding the Non-Justiciability of Counts IV and V of Defendant The Finish Line, Inc.'s Counterclaims, dated 2/15/08, was caused to be served via electronic mail pursuant to a written agreement among counsel dated 1/24/08, in accordance with Federal Rule of Civil Procedure 5(2)(D) upon:

Harvey Kurzweil, Esq.
James P. Smith, Esq.
Dewey & LeBoeuf, LLP
1301 Avenue of the Americas
New York, New York 10019
hkurzweil@dl.com
jpsmith@dl.com
*Attorneys for The Finish Line, Inc.*

Alan N. Salpeter, Esq.
Vincent P. Schmeltz, Esq.
Dewey & LeBoeuf, LLP
2 Prudential Plaza
180 North Stetson Avenue
Chicago, IL 60601
asalpeter@dl.com
tschmeltz@dl.com
*Attorneys for The Finish Line, Inc.*

NY\1375448.1

David R. Boyd, Esq.
Jonathan D. Schiller, Esq.
Boies, Schiller & Flexner LLP
575 Lexington Avenue
New York, New York 10022
dboyd@bsfllp.com
jschiller@bsfllp.com
*Attorneys for Genesco, Inc.*


- and -

Adam Reese Shaw, Esq.
Boies, Schiller, & Flexner LLP
10 North Pearl Street, 4th Floor
Albany, New York 12207
ashaw@bsfllp.com
*Attorneys for Genesco, Inc.*



Dated:  February 15, 2008
        New York, New York


LATHAM & WATKINS LLP

By: _____
    Jessica Bengels (JB-2290)

885 Third Avenue - Suite 1000
New York, New York 10022
(212) 906-1200

Attorneys for Plaintiffs UBS
Securities LLC and UBS Loan
Finance LLC

NY\1375448.1