UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UBS SECURITIES LLC, and
UBS LOAN FINANCE LLC,

                       Plaintiffs,           07-CV-10382
v.                                                      (LAP/MHD)

THE FINISH LINE, INC., and
GENESCO INC.,

                       Defendants.

---

### CERTIFICATE OF SERVICE

      I, William C. Jackson, hereby certify that the foregoing was filed electronically via the Court's ECF System on this 15th day of February, 2008 and served on the persons listed below via e-mail, per the parties' agreement.

| | |
|---|---|
| Joseph John Frank<br>Latham & Watkins, LLP<br>885 Third Avenue, Suite 1000<br>New York, NY  10022<br><br>*Attorney for Plaintiffs*<br>*UBS Securities LLC &*<br>*UBS Loan Finance LLC* | Alan N. Salpeter<br>Vincent P. Schmeltz<br>Dewey & LeBoeuf LLP<br>2 Prudential Plaza, Suite 3700<br>180 North Stetson Avenue<br>Chicago, IL  60601<br><br>And<br><br>Harvey Kurzweil<br>James P. Smith, III<br>Dewey & LeBoeuf, L.L.P.<br>1301 Avenue of the Americas<br>New York, NY  10019<br><br>*Attorneys for Defendant*<br>*The Finish Line, Inc.* |

                                                                       William C. Jackson