# DEWEY & LEBOEUF

Dewey & LeBoeuf LLP
1301 Avenue of the Americas
New York, NY 10019-6092

tel +1 212 259 6557
fax +1 212 259 8201
tschmeltz@dl.com



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/15/08

February 14, 2008

**VIA FACSIMILE**

Hon. Loretta A. Preska
United States District Court
Southern District of New York
Daniel P. Moynihan U.S. Courthouse
500 Pearl Street, Room 1320
New York, New York 10007-131

Re:   *UBS Securities LLC and UBS Loan Finance LLC v. The Finish Line and Genesco Inc.*
      Case No.: 07-CV-10382 (LAP/MHD)

Dear Judge Preska:

To comply with the Court's February 13, 2008 Order requiring the parties to submit briefs on the justiciability of Counts IV and V of the Counterclaims by Defendant The Finish Line, Inc. ("Finish Line"), Finish Line may submit a filing describing information that is proprietary, confidential, and subject to a non-disclosure agreement between Genesco Inc. and Finish Line. Accordingly, Finish Line requests leave, pursuant to Federal Rule of Civil Procedure 26(c) and the United States District Court for the Southern District of New York Procedures for Electronic Case Filing No. 6, granting Finish Line leave to file its brief and any supporting materials under seal. We respectfully request that the Court indicate approval of Finish Line's request to file under seal by so ordering.

Respectfully,

Vincent P. Schmeltz III / *jow*

Vincent P. Schmeltz III

*Granted*
*So ordered*
*Loretta A Preska*
*USDJ*
*February 15, 2008*

cc:   All Counsel of Record

NEW YORK | LONDON MULTINATIONAL PARTNERSHIP | WASHINGTON, DC
ALBANY | ALMATY | AUSTIN | BEIJING | BOSTON | BRUSSELS | CHARLOTTE | CHICAGO | DUBAI
EAST PALO ALTO | FRANKFURT | HARTFORD | HONG KONG | HOUSTON | JACKSONVILLE | JOHANNESBURG (PTY) LTD.
LOS ANGELES | MILAN | MOSCOW | PARIS MULTINATIONAL PARTNERSHIP | RIYADH AFFILIATED OFFICE | ROME | SAN FRANCISCO | WARSAW