UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
:
UBS SECURITIES LLC, and UBS LOAN    :
FINANCE LLC,                        :
                                    :
      Plaintiffs/Counter-Defendants,:   07 Civ. 10382
                                    :
      -v-                           :   MEMORANDUM AND ORDER
THE FINISH LINE, INC.,              :
                                    :
      Defendant/Counter-Plaintiff,  :
                                    :
and                                 :
                                    :
GENESCO INC.,                       :
                                    :
      Defendant.                    :
                                    :
------------------------------------x

LORETTA A. PRESKA, U.S.D.J.

The conference in this matter, originally scheduled for February 20, 2008, is adjourned to February 26, 2008 at 11:00 a.m.

SO ORDERED:
Dated:   New York, New York
         February 20, 2008

                                      _____
                                      LORETTA A. PRESKA, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/20/08