UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UBS SECURITIES LLC and<br>UBS LOAN FINANCE LLC,<br><br>　　　　Plaintiffs/Counter-Defendants,<br>　v.<br><br>THE FINISH LINE, INC.,<br><br>　　　　Defendant/Counter-Plaintiff,<br><br>and<br><br>GENESCO INC.,<br><br>　　　　Defendant. | 07 Civ. 10382 (LAP)<br><br>**NOTICE OF APPEARANCE** |

　　　　PLEASE TAKE NOTICE that the following attorney appears as counsel on behalf of Plaintiffs, UBS Securities LLC and UBS Loan Finance LLC, in the above-captioned action:

　　　　Blair Connelly (BC-0237)
　　　　Latham & Watkins LLP
　　　　885 Third Avenue
　　　　New York, New York 10022
　　　　Telephone: (212) 906-1658
　　　　Facsimile:  (212) 751-4864

Dated: February 20, 2008
　　　　New York, New York

　　　　　　　　　　　　　　　　LATHAM & WATKINS LLP

　　　　　　　　　　　　　　　　By:  /s/ Blair Connelly
　　　　　　　　　　　　　　　　　　　Blair Connelly (BC-0237)

　　　　　　　　　　　　　　　　　　　885 Third Avenue, Suite 1000
　　　　　　　　　　　　　　　　　　　New York, New York  10022
　　　　　　　　　　　　　　　　　　　Telephone: (212) 906-1200
　　　　　　　　　　　　　　　　　　　Facsimile: (212) 751-4864

　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs,*
　　　　　　　　　　　　　　　　　　　*UBS Securities LLC and*
　　　　　　　　　　　　　　　　　　　*UBS Loan Finance LLC*