## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UBS SECURITIES LLC and<br>UBS LOAN FINANCE LLC,<br><br>    Plaintiffs/Counter-Defendants,<br>  v.<br><br>THE FINISH LINE, INC.,<br><br>    Defendant/Counter-Plaintiff,<br>  and<br><br>GENESCO INC.,<br><br>    Defendant. | 07 Civ. 10382 (LAP)<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the following attorney appears as counsel on behalf of Plaintiffs, UBS Securities LLC and UBS Loan Finance LLC, in the above-captioned action:

    Jennifer L. Heil (JH-4290)
    Latham & Watkins LLP
    885 Third Avenue
    New York, New York 10022
    Telephone: (212) 906-1875
    Facsimile:  (212) 751-4864

Dated:  February 20, 2008
       New York, New York        LATHAM & WATKINS LLP

                                                  By:  /s/ Jennifer L. Heil
                                                          Jennifer L. Heil (JH-4290)

                                                 885 Third Avenue, Suite 1000
                                                 New York, New York  10022
                                                 Telephone: (212) 906-1200
                                                 Facsimile: (212) 751-4864

                                                 *Attorneys for Plaintiffs,*
                                                 *UBS Securities LLC and*
                                                 *UBS Loan Finance LLC*