Joseph J. Frank
(212) 906-1316

53rd at Third
885 Third Avenue
New York, New York 10022-4834
Tel: +1.212.906.1200  Fax: +1 212.751.4864
www.lw.com

# LATHAM&WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Barcelona | New Jersey |
| Brussels | New York |
| Chicago | Northern Virginia |
| Frankfurt | Orange County |
| Hamburg | Paris |
| Hong Kong | San Diego |
| London | San Francisco |
| Los Angeles | Shanghai |
| Madrid | Silicon Valley |
| Milan | Singapore |
| Moscow | Tokyo |
| Munich | Washington, D.C. |

February 18, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/21/08

**VIA FACSIMILE**

Hon. Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007-1312

Re: *UBS Securities LLC and UBS Loan Finance LLC v. The Finish Line, Inc. and Genesco Inc.*, No. 07 Civ. 10382 (LAP)

Dear Judge Preska:

We represent Plaintiffs UBS Securities LLC and UBS Loan Finance LLC ("UBS") in the above-captioned matter. We write with consent of all parties to request an adjournment of the deadlines for fact discovery, expert reports and expert discovery. The parties submit the following revised schedule subject to the Court's approval:

| | |
|---|---|
| Deadline for depositions of fact witnesses: | February 25, 2008 |
| Expert reports exchanged: | February 25, 2008 |
| Depositions of expert witnesses: | February 27-29, 2008 |
| Trial commences: | March 3, 2008 |

Additionally, the Court has requested that the parties file and serve pre-trial briefs by February 22, 2008. The parties respectfully request that the Court schedule a conference at the Court's earliest convenience to discuss the deadline for and scope of those briefs.

*Counsel shall appear by telephone for a conference to discuss timing and scope of pretrial papers on February 26 at 11:00 a.m.*

February 20, 2008

SO ORDERED

*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

Hon. Loretta A. Preska
February 18, 2008
Page 2

**LATHAM&WATKINS**LLP

Respectfully Submitted,

*[signature]*

Joseph J. Frank
LATHAM & WATKINS LLP
Counsel for UBS Securities LLC and UBS
Loan Finance LLC

cc: All Counsel of Record (via email)