```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/21/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
UBS SECURITIES LLC and UBS LOAN           :      07 CV 10382 (LAP)
FINANCE LLC,                              :
                                          :
    Plaintiffs/Counter-Defendants,        :      ORDER
                                          :
v.                                        :
                                          :
THE FINISH LINE, INC.,                    :
                                          :
    Defendant/Counter-Plaintiff,          :
                                          :
and                                       :
                                          :
GENESCO INC.,                             :
                                          :
    Defendant.                            :
------------------------------------------------------X

LORETTA A. PRESKA, United States District Judge:

    Pursuant to the order dated February 15, 2008 [docket #58] Defendant and Counter-Plaintiff The Finish Line, Inc.'s Response to Court's Request For a Brief In Support of Jurisdiction Over Counterclaims IV and V, together with Exhibit A thereto, Declaration of Alan H. Cohen, executed February 15, 2008, In Support of Defendant and Counter-Plaintiff The Finish Line, Inc.'s Response To The Court's Request For a Brief In Support of Jurisdiction Over Counterclaims IV and V were filed under seal as docket #59.

SO ORDERED:

Dated: February 21, 2008

                                            _____
                                            LORETTA A. PRESKA, U.S.D.J.