```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
                                     :
UBS SECURITIES LLC, and UBS LOAN     :
FINANCE LLC,                         :
                                     :
        Plaintiffs/Counter-Defendants,:   07 Civ. 10382 (LAP)
                                     :
        -v-                          :   ORDER
THE FINISH LINE, INC.,               :
                                     :
        Defendant/Counter-Plaintiff, :
                                     :
and                                  :
                                     :
GENESCO INC.,                        :
                                     :
        Defendant.                   :
                                     :
------------------------------------x
```

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: _____

LORETTA A. PRESKA, U.S.D.J.

The scheduling of this matter is amended as follows:

- Trial briefs will be due February 28 at noon.

- The final pretrial conference scheduled for February 26 will be held in Courtroom 12A at 11:00 a.m.

SO ORDERED:

Dated:   New York, New York
         February 21, 2008

*/s/ Loretta A. Preska*
LORETTA A. PRESKA, U.S.D.J.