UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
:
UBS SECURITIES LLC and UBS LOAN    :    07 CV 10382 (LAP)
FINANCE LLC,
:
    Plaintiffs/Counter-Defendants,    :    ORDER
:
    v.    :
:
THE FINISH LINE, INC.,    :
:
    Defendant/Counter-Plaintiff,    :
:
    and    :
:
GENESCO INC.,    :
:
    Defendant.    :
-------------------------------------------------------X

LORETTA A. PRESKA, United States District Judge:

       The Court has received a request from Courtroom View Network to provide video coverage of various proceedings in this action. In light of the policy of the Judicial Conference of the United States against the use of cameras in federal trial courts, the request is denied.

SO ORDERED:

Dated: February 25, 2008

                                                                   _____
                                                                   LORETTA A. PRESKA, U.S.D.J.

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 2/25/08]