UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UBS SECURITIES LLC and
UBS LOAN FINANCE LLC,

    Plaintiffs/Counter-Defendants,

v.

THE FINISH LINE, INC.,

    Defendant/Counter-Plaintiff,

and

GENESCO INC.,

    Defendant.

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/25/08

No. 07 Civ. 10382 (LAP)

## ORDER GRANTING MOTION TO ADMIT COUNSEL PRO HAC VICE

This matter having been brought before the Court by motion to admit Patrick H. Kim *pro hac vice* to appear and participate as counsel for Plaintiffs UBS Securities LLC and UBS Loan Finance LLC in the above-captioned action, and the declaration of such attorney having been submitted in support thereof, and it appearing that such attorney is a member in good standing of the bar of the state in which he is admitted to practice law, and that there are no disciplinary proceedings against him as a member of the bar in any jurisdiction; it is

ORDERED that, pursuant to Local Civil Rule 1.3(c) of this Court, Patrick H. Kim of the District of Columbia bar is admitted *pro hac vice* to practice before this Court as counsel for Plaintiffs UBS Securities LLC and UBS Loan Finance LLC in these proceedings.

Dated: February 25, 2008

                                        /s/ Loretta A. Preska
                                        Honorable Loretta A. Preska
                                        United States District Judge