ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UBS SECURITIES LLC and
UBS LOAN FINANCE LLC,

        Plaintiffs/Counter-Defendants,

v.

THE FINISH LINE, INC.,

        Defendant/Counter-Plaintiff,

and

GENESCO INC.,

        Defendant.

No. 07 Civ. 10382 (LAP)

## NOTICE OF MOTION TO ADMIT COUNSEL PRO HAC VICE

PLEASE TAKE NOTICE that upon the annexed Declaration of Jennifer L. Heil, dated February 21, 2008, the accompanying Declaration of Patrick H. Kim, dated February 20, 2008, and the exhibit annexed thereto, the undersigned moves this Court for an Order, pursuant to Rule 1.3(c) of the Local Rules for the United States District Court for the Southern and Eastern districts of New York, admitting Patrick H. Kim to the bar of this Court *pro hac vice* in order to argue and try the above-captioned case as counsel for Plaintiffs UBS Securities LLC and UBS Loan Finance LLC.

Dated: New York, New York
       February 21, 2008

                                              LATHAM & WATKINS LLP

                                              By: _____
                                                  Joseph J. Frank (JF-0669)
                                                  Jennifer L. Heil (JH-4290)
                                                  Eric S. Olney (EO-7324)

885 Third Avenue, Suite 1000
New York, New York 10022
(212) 906-1200

*Attorneys for Plaintiffs
UBS Securities LLC and
UBS Loan Finance LLC*

cc:   All Counsel of Record (via email)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UBS SECURITIES LLC and<br>UBS LOAN FINANCE LLC,<br><br>    Plaintiffs/Counter-Defendants,<br>v.<br><br>THE FINISH LINE, INC.,<br><br>    Defendant/Counter-Plaintiff,<br><br>and<br><br>GENESCO INC.,<br><br>    Defendant. | No. 07 Civ. 10382 (LAP) |

## ORDER GRANTING MOTION TO ADMIT COUNSEL PRO HAC VICE

This matter having been brought before the Court by motion to admit Patrick H. Kim *pro hac vice* to appear and participate as counsel for Plaintiffs UBS Securities LLC and UBS Loan Finance LLC in the above-captioned action, and the declaration of such attorney having been submitted in support thereof, and it appearing that such attorney is a member in good standing of the bar of the state in which he is admitted to practice law, and that there are no disciplinary proceedings against him as a member of the bar in any jurisdiction; it is

ORDERED that, pursuant to Local Civil Rule 1.3(c) of this Court, Patrick H. Kim of the District of Columbia bar is admitted *pro hac vice* to practice before this Court as counsel for Plaintiffs UBS Securities LLC and UBS Loan Finance LLC in these proceedings.

Dated: February ____, 2008

_____
Honorable Loretta A. Preska
United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UBS SECURITIES LLC and
UBS LOAN FINANCE LLC,

     Plaintiffs/Counter-Defendants,

v.

THE FINISH LINE, INC.,

     Defendant/Counter-Plaintiff,

and

GENESCO INC.,

     Defendant.

No. 07 Civ. 10382 (LAP)

## DECLARATION OF JENNIFER L. HEIL

JENNIFER L. HEIL, pursuant to 28 U.S.C. § 1746, hereby declares under the penalty of perjury as follows:

1. I am an attorney of the New York office of the law firm Latham & Watkins LLP, counsel for UBS Securities LLC and UBS Loan Finance LLC, Plaintiffs in this action. I submit this Declaration in support of the motion, pursuant to Local Rule 1.3(c) of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York, for an Order granting Patrick H. Kim admission *pro hac vice* to the bar of the United States District Court for the Southern District of New York in order to argue and try the above-captioned case.

2. I am a member in good standing of the bar of this Court.

3. I have reviewed the Declaration of Patrick H. Kim in support of the motion for admission *pro hac vice* submitted herewith, and I believe that the declarations are true and correct. Patrick H. Kim is fully familiar with the facts of this case.

4. Upon the foregoing facts, I respectfully request that the Court grant the motion for the admission *pro hac vice* of Patrick H. Kim to the bar of the United States District Court for the Southern District of New York.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 21st day of February, 2008, in New York, New York.

_____
Jennifer L. Heil (JH-4290)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UBS SECURITIES LLC and<br>UBS LOAN FINANCE LLC,<br><br>    Plaintiffs/Counter-Defendants,<br>v.<br><br>THE FINISH LINE, INC.,<br><br>    Defendant/Counter-Plaintiff,<br><br>and<br><br>GENESCO INC.,<br><br>    Defendant. | No. 07 Civ. 10382 (LAP) |

## DECLARATION OF PATRICK H. KIM

PATRICK H. KIM, pursuant to 28 U.S.C. § 1746, hereby declares under the penalty of perjury as follows:

1. I am a member of the law firm of Williams & Connolly LLP, located at 725 Twelfth St., N.W., Washington DC, 20005.

2. I submit this Declaration in support of the motion to admit counsel *pro hac vice* in the above-captioned matter. As demonstrated by the Certificate of Good Standing annexed hereto, I am a member in good standing of the District of Columbia Bar.

3. There are no pending disciplinary proceedings against me in any State or Federal Court.

4. Wherefore, I respectfully request that I be permitted to appear as counsel and advocate *pro hac vice* in the above-captioned case.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 20 day of February, 2008, in New York, New York.

_____
Patrick H. Kim



# District of Columbia Court of Appeals
### Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

HYUNG-JIN P. KIM

was on the 1ST day of MARCH, 2004 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on February 20, 2008.

GARLAND PINKSTON, JR., CLERK

By: _____
Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UBS SECURITIES LLC, and UBS LOAN FINANCE LLC, <br><br> Plaintiffs, <br><br> -against- <br><br><br> THE FINISH LINE, INC. and GENESCO INC., <br><br> Defendants. | 07 Civ. 10382 (LAP) <br><br><br> **CERTIFICATE OF SERVICE** |

  I, Jessica Bengels, hereby certify that on February 21, 2008, true and correct copies of the annexed Notice of Motion to Admit Counsel Pro Hac Vice, dated 2/21/08, the (Proposed) Order Granting Motion to Admit Counsel Pro Hac Vice, Declaration of Jennifer L. Heil, dated 2/21/08, and Declaration of Patrick H. Kim, dated 2/20/08, were caused to be served via electronic mail pursuant to a written agreement among counsel dated 1/24/08, in accordance with Federal Rule of Civil Procedure 5(2)(D) upon:

Harvey Kurzweil, Esq.
James P. Smith, Esq.
Dewey & LeBoeuf, LLP
1301 Avenue of the Americas
New York, New York 10019
hkurzweil@dl.com
jpsmith@dl.com
*Attorneys for The Finish Line, Inc.*

Alan N. Salpeter, Esq.
Vincent P. Schmeltz, Esq.
Dewey & LeBoeuf, LLP
2 Prudential Plaza
180 North Stetson Avenue
Chicago, IL 60601
asalpeter@dl.com
tschmeltz@dl.com
*Attorneys for The Finish Line, Inc.*

NY\1378854.1

David R. Boyd, Esq.
Jonathan D. Schiller, Esq.
Boies, Schiller & Flexner LLP
575 Lexington Avenue
New York, New York 10022
dboyd@bsfllp.com
jschiller@bsfllp.com
*Attorneys for Genesco, Inc.*


- and -

Adam Reese Shaw, Esq.
Boies, Schiller, & Flexner LLP
10 North Pearl Street, 4th Floor
Albany, New York 12207
ashaw@bsfllp.com
*Attorneys for Genesco, Inc.*



Dated:  February 21, 2008
        New York, New York


LATHAM & WATKINS LLP

By: _____
Jessica Bengels (JB-2290)

885 Third Avenue - Suite 1000
New York, New York 10022
(212) 906-1200

Attorneys for Plaintiffs UBS
Securities LLC and UBS Loan
Finance LLC

NY\1378854.1