UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

UBS SECURITIES LLC and UBS LOAN
FINANCE LLC,

    Plaintiffs/Counter-Defendants,

v.

THE FINISH LINE, INC.,

    Defendant/Counter-Plaintiff,

and

GENESCO INC.,

    Defendant.
------------------------------------------------------X

07 CV 10382 (LAP)

ORDER

*USDC SDNY / DOCUMENT ELECTRONICALLY FILED / DOC #: ___ / DATE FILED: 2/27/08*

LORETTA A. PRESKA, United States District Judge:

    In order to avoid miscommunication about activities in our respective Courts, this Court proposes to contact The Honorable Ellen Hobbs Lyle of the Chancery Court in Tennessee where the action entitled <u>Genesco, Inc. v. Finish Line</u>, Civil No. 07-2137-II (III) is pending. Any party objecting to such contact shall inform the Court by letter by Noon on February 28, 2008.

SO ORDERED:

Dated: February 27, 2008

                                                 _____
                                                 LORETTA A. PRESKA, U.S.D.J.

UBSorder227