UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UBS SECURITIES LLC and
UBS LOAN FINANCE LLC,

                Plaintiffs,

v.

THE FINISH LINE, INC and
GENESCO INC.,

                Defendants.

07-CV-10382 (LAP)

**NOTICE OF APPEARANCE**

---

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

Enter my appearance as counsel in this case for Defendant Genesco Inc. I certify that I am admitted *pro hac vice* to practice in the Southern District of New York.

Dated: February 28, 2008
      New York, New York

                    **BOIES, SCHILLER & FLEXNER LLP**

            By:    /s/ James P. Denvir_____

                  James P. Denvir
                  5301 Wisconsin Avenue
                  Suite 800
                  Washington, DC 20015
                  (202) 237-2727

                  *Attorneys for Defendant Genesco Inc.*