# DEWEY & LEBOEUF

Dewey & LeBoeuf LLP
1301 Avenue of the Americas
New York, NY 10019-6092

tel +1 212 259 6557
fax +1 212 259 8201
vschmeltz@dl.com

February 27, 2008

**BY FACSMILE**

Hon. Loretta A. Preska
United States District Court
Southern District of New York
Daniel P. Moynihan U.S. Courthouse
500 Pearl Street, Room 1320
New York, New York 10007-131

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/28/08

Re:   *UBS Securities LLC and UBS Loan Finance LLC v.*
      *The Finish Line, Inc., and Genesco Inc.* (Case No.: 07-CV-10382 (LAP/MHD))

Dear Judge Preska:

In anticipation of trial commencing on March 3, 2008, the parties to this action collectively request permission to bring six trial presentation laptops, twelve additional laptops for LiveNote viewing purposes, three switching devices, two internal hard-drives, all necessary cabling and Blackberry devices for all counsel. In addition, in order to alleviate crowding in the courtroom, the parties would also like permission to have LiveNote streaming outside of the Courthouse, through hardwiring. Counsel for each party will ensure that any and all of the foregoing devices that have internet capability, whether wireless or otherwise, will not be used to access the internet at any time while in the Courthouse, with the exception of the standard e-mail service available through the Blackberry devices.

If the Court is agreeable to the installation and use of the foregoing requested equipment and capabilities, we request an order authorizing the installation and use of this equipment.

Respectfully submitted,

/s/ Vincent P. Schmeltz
Vincent P. Schmeltz III

cc:  All Counsel of Record (by e-mail)

*[Handwritten annotation:]* Counsel and others may not use Blackberries in the Courtroom during the proceedings, and wireless capabilities shall be turned off during proceedings.

SO ORDERED
February 27, 2008
/s/ Loretta A. Preska
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

NEW YORK | LONDON MULTINATIONAL PARTNERSHIP | WASHINGTON, DC | ALBANY | ALMATY | AUSTIN | BEIJING | BOSTON | BRUSSELS | CHARLOTTE | CHICAGO | DUBAI
EAST PALO ALTO | FRANKFURT | HARTFORD | HONG KONG | HOUSTON | JACKSONVILLE | JOHANNESBURG (PTY) LTD.
LOS ANGELES | MILAN | MOSCOW | PARIS MULTINATIONAL PARTNERSHIP | RIYADH AFFILIATED OFFICE | ROME | SAN FRANCISCO | WARSAW