UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

UBS SECURITIES LLC, and UBS LOAN
FINANCE LLC,

    Plaintiffs/Counter-Defendants,

    -v-

THE FINISH LINE, INC.,

    Defendant/Counter-Plaintiff,

and

GENESCO INC.,

    Defendant.

------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/3/08

07 Civ. 10382 (LAP)

MEMORANDUM AND ORDER

LORETTA A. PRESKA, U.S.D.J.

    Each party to this matter is limited to having five attorneys bring blackberries to Court on Monday, for a total of fifteen blackberries altogether.

SO ORDERED:

Dated:    New York, New York
           February 29, 2008

                                          *Loretta A. Preska*
                                          LORETTA A. PRESKA, U.S.D.J.