UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UBS SECURITIES LLC, and
UBS LOAN FINANCE LLC,

        Plaintiffs/Counter-Defendants,

v.

THE FINISH LINE, INC.,

        Defendants/Counter-Plaintiff,

and

GENESCO, INC.,

        Defendant.



No. 07 Civ. 10382 (LAP)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/4/08

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiffs UBS Securities LLC and UBS Loan Finance LLC (collectively, "UBS"), Defendant The Finish Line, Inc. ("Finish Line"), and Defendant Genesco Inc. ("Genesco") (collectively, the "Parties"), by and through their undersigned attorneys, hereby submit a Stipulation of Dismissal in the above captioned matter. The Parties have resolved the claims between them and have executed a settlement agreement and mutual release. The Parties, therefore, stipulate and agree that all claims asserted by UBS and the counterclaims asserted by Finish Line are dismissed with prejudice, with each party to bear its own costs, expenses, and attorneys' fees.

The Parties jointly move the Court for the entry of an Order of Dismissal with Prejudice.

Dated: March 4, 2008
New York, NY

**SO ORDERED:**

The Clerk of the Court shall mark this action closed and all pending motions denied as moot.

Hon. Loretta A. Preska, U.S.D.J.

SO ORDERED:

*/s/ Loretta A. Preska*

LORETTA A. PRESKA, U.S.D.J.

Consented and agreed to by:

Plaintiffs UBS Loan Finance LLC and UBS Securities LLC

By: /s/ Joseph J. Frank (by permission)

Joseph J. Frank
Alexandra A.E. Shapiro
LATHAM & WATKINS LLP
885 Third Avenue
New York, NY 10022
Tel: (212) 906-1200
Fax: (212) 751-4863

J. Christian Word
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Washington, DC 10022
Tel: (202) 637-2200
Fax: (202) 637-2201

Defendant The Finish Line, Inc.

By: /s/

Harvey Kurzweil
DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, NY 10019-6092
Tel: (212) 259-8351
Fax: (212) 259-6333

Alan N. Salpeter (*pro hac vice*)
Vincent P. Schmeltz III (*pro hac vice*)
DEWEY & LEBOEUF LLP
Two Prudential Plaza
180 North Stetson Ave, Suite 3700
Chicago, IL 60601-6710
Tel: 312-794-8000
Fax: 312-794-8100

Defendant Genesco, Inc.

By: *[signature]* *by permission*

James P. Denvir
Michael A. Brille
Adam R. Shaw
BOIS, SCHILLER & FLEXNER LLP
575 Lexington Avenue
New York, New York, 10022
Tel: (212) 446-2300
Fax: (212) 446-2350

Overton Thompson III
Britt Latham
Bryan E. Larson
BASS, BERRY & SIMS PLC
315 Deaderick Street
Suite 2700
Nashville, TN 37238
Tel: (615) 742-7730
Fax: (614) 742-2804